# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:26-mj-248 |
| FRANKLIN DAVID JURADO GRANADOS | ) | |
| a/k/a "Serio" | ) | **UNDER SEAL** |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___07/18/2024 through 7/19/2024___ in the city/county of ___Prince William County___
in the ___Eastern___ District of ___Virginia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1959(a) and 3 | Accessory After the Fact to Murder in Aid of Racketeering |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

_____

☑ Continued on the attached sheet.
  Reviewed by AUSA/SAUSA

*Jason Whitaker*
*Complainant's signature*

AUSA Christopher M. Carter
*Printed name and title*

FBI Special Agent Jason Whitaker
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone
_____ *(specify reliable electronic means)*.

Date: 06/29/2026

Lindsey R Vaala Digitally signed by Lindsey R Vaala
Date: 2026.06.29 10:32:36 -04'00'
*Judge's signature*

City and state:   Alexandria, Virginia

The Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*