IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-mj-248 |
| FRANKLIN DAVID JURADO GRANADOS, a/k/a "Serio," | |
| *Defendant*. | |

### FIRST CONSENT MOTION TO EXTEND TIME FOR INDICTMENT

The United States of America, by and through its attorney, Christopher M. Carter, Assistant United States Attorney, with the express consent of the defendant, FRANKLIN DAVID JURADO GRANADOS, through the defendant's counsel, respectfully move the Court to extend the time to indict this case through and including **September 4, 2026**.  In support thereof, the parties state as follows:

1.      On June 29, 2026, the Hon. Lindsey R. Vaala issued a Criminal Complaint charging the defendant with accessory after the fact to VICAR murder, in violation 18 U.S.C. §§ 1959(a) and 3.  ECF Nos. 1, 2.  The defendant was arrested on this federal charge on or about July 7, 2026 and made his initial appearance in the Eastern District of Virginia on the same day.  ECF Nos. 8, 9.  The defendant had a preliminary and detention hearing on July 10, 2026.  The defendant waived his preliminary hearing and was ordered detained pending trial.  ECF No. 15.  Joseph T. Flood has been appointed to represent the defendant on the current charges.  A conversative estimate for the indictment deadline in this case is August 6, 2026.

1

2. The Speedy Trial Act requires that the defendant be indicted within thirty (30) days of the defendant's arrest after subtracting all excludable time. The parties jointly request an extension of approximately thirty (30) days for an extension of the time to indict. The defendant has expressed interest in reaching a pre-indictment resolution to the case. Extending this time period would be in the best interests of justice in that it would give defense counsel an opportunity to meet with the defendant, review discovery, and discuss a possible pre-indictment resolution to the case.

3. The defendant hereby agrees to waive any objections under the Speedy Trial Act and to extend the United States' time to file an indictment in this case through and including September 4, 2026. The waiver is made knowingly, intentionally, and voluntarily by the defendant and with full knowledge of the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq.*, and with the advice and consent of counsel.

4. The defendant expressly understands that this waiver is not predicated upon any promises, agreements, or understandings of any kind between the United States and the defendant in this case and that nothing contained herein shall be construed to preclude the United States from proceeding against the defendant during or after the time period covered by this waiver.

*(Continued on next page.)*

2

WHEREFORE, the parties request that the time to indict this case be extended to and including September 4, 2026, and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to 18 U.S.C. § 3161(h).

Date: August 4, 2026

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By:    _____/s/_____
Christopher M. Carter
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3947
Fax: (703) 299-3980
Christopher.carter2@usdoj.gov

3

Defense Counsel Signature: I am counsel for the defendant in this case. I have fully explained to the defendant the defendant's right to be charged by indictment within thirty (30) days of arrest in his native Spanish language. Specifically, I have reviewed the terms and conditions of 18 U.S.C. § 3161(b), and I have fully explained to the defendant the provisions that may apply in this case. The defendant has informed me that he agrees to a extension of time to be charged by indictment, and the defendant has expressly authorized me to agree to a extension of time to be charged by indictment. To my knowledge, the defendant's decision to agree to an extension of time to be charged by indictment is an informed and voluntary one.

Date: _____8/4/26_____   _____

Joseph T. Flood
Counsel for the Defendant

4

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-mj-248 |
| FRANKLIN DAVID JURADO GRANADOS, a/k/a "Serio," | |
| *Defendant*. | |

## **ORDER**

Upon the motion of the United States, by and through its attorney, and the defendant, FRANKLIN DAVID JURADO GRANADOS, by and through the defendant's attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the First Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended up to and including September 4, 2026.  Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

Date: _____
         Alexandria, Virginia